IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>vs.<br><br>JOSE GUEVARA,<br><br>                    Defendant. | CASE NO. 8:12CR398<br><br><br><br>**ORDER** |

This matter is before the Court on the United States' Motion to Dismiss Forfeiture Allegation (Filing No. 25).  Under Federal Rule of Criminal Procedure 48(a), leave of court is granted for the dismissal of the Forfeiture Allegation.

IT IS THEREFORE ORDERED that:

1.  The United States' Motion to Dismiss Forfeiture Allegation (Filing No. 25) is hereby granted; and

2.  The Forfeiture Allegation of the Indictment is hereby dismissed.

DATED this 7th day of February, 2013.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge